# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0473

VERSUS

AQUENDIUS D. LANDRY

**AUGUST 18, 2025**

---

In Re: Aquendius D. Landry, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 06-CR-000182.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT